AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-mj-00013 |
| Kirstyn Niemela | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 1/14/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Kirstyn Niemela                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:  01/14/2022                              *G. Michael Harvey*
                                               Digitally signed by G. Michael Harvey
                                               Date: 2022.01.14 12:44:32 -05'00'
                                               *Issuing officer's signature*

City and state:    Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/18/2022, and the person was arrested on *(date)* 01/18/2022
at *(city and state)* Hudson, NH.

Date: 01/18/2022                               *[signature]*
                                               *Arresting officer's signature*

                                               SPECIAL AGENT MARK HOTBACKA
                                               *Printed name and title*