UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-CR-25 (APM) |
| : | |
| KIRSTYN NIEMELA, : | |
| : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT NIEMALA'S MOTION TO MODIFY CONDITIONS OF RELEASE

The United States responds to the defendant, Kirstyn Niemela's ("the defendant") motion (ECF 27) requesting removal of two conditions of release:

- Condition 7(m): defendant must not from use or unlawfully possessing a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner; and

- Condition 7(n): defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.

ECF 14 at 2.  The United States opposes the defendant's request.

The Defendant is alleged to have violated 18 U.S.C. § 1752(a)(1) and (2) (Enter and Remaining in any Restricted Building or Grounds and Disorderly and Disruptive Conduct in any Restricted Building or Grounds) and 40 U.S.C. § 5104(e)(2)(D), and (G), (Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in any of the Capitol Buildings) for their entry in the United States Capitol Building on January 6, 2021.  She was charged by Complaint in 22-mj-13 (GMH) on January 14, 2022, and arrested January 18, 2022. An Information was filed on January 19, 2022, alleging the same violations. ECF 11. The defendant and her codefendant are seen with Michael Eckerman (charged in a separate January 6th case, 21-

1

cr-623 EGS) on United States Capitol Police surveillance videos and in Instagram posts as depicted and discussed in the Complaint and Statement of Facts in this matter (22-mj-13, ECF 1, 1-1).

Defendant's had a first appearance in New Hampshire on January 18, 2022. The bond report in that District indicated the defendant admitted to using marijuana daily for "years". (DNH PSR, filed under seal). At defendant's arraignment before Judge Harvey on January 21, 2021, orders were entered for the two conditions noted above (ECF 14 at 2). In addition, the defendant's Facebook data received through legal process (and provided to the defense in discovery), has the following exchanges which indicate she possessed and distributed marijuana also:

**Author** Kirstyn Niemela (Facebook: ▮▮▮▮)
**Sent** 2020-12-19 20:15:37 UTC
**Body** If you want to go inside and get my back pack u can weigh it out yourself if your in a rush

**Author** Kirstyn Niemela (Facebook: ▮▮▮▮)
**Sent** 2020-12-19 20:16:20 UTC
**Body** Scale is in back pack on the left side of the room , bud is in my black truck on the seat

**Author** ▮▮▮▮ (Facebook: ▮▮▮▮)
**Sent** 2020-12-19 20:16:38 UTC
**Body** How many grams is a half I'm retarded

**Author** Kirstyn Niemela (Facebook: ▮▮▮▮)
**Sent** 2020-12-19 20:16:47 UTC
**Body** 14.

**Author** ▮▮▮▮ Facebook: ▮▮▮▮
**Sent** 2020-12-30 22:27:24 UTC
**Body** I got the letter of my case being dismissed today. Do you have weed?

**Author** Kirstyn Niemela (Facebook: ▮▮▮▮)
**Sent** 2020-12-30 22:43:11 UTC
**Body** I do. What do u need

The conditions complained about are tailored specifically to the defendant and her characteristics. Therefore, the United States asks that conditions to refrain from the possession and use of a controlled substance provisions and for drug testing remain in place.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Telephone: (316) 269-6537
Mona.Furst@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of March 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney

3