IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-CR-25 (APM) |
| ) | |
| ) | |
| KIRSTYN NIEMALA ) | |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS**

Kirstyn Niemala, through her attorney, Kira Anne West, responds to the government's response to defendant's motion to modify bond conditions.

The government cites Facebook (is it still called Facebook?) messages from early 2020 in support of its position that Ms. Niemala should for some reason continue to be drug tested. The government doesn't say she's a danger to herself or others, because she isn't. The government provides no proof that Ms. Niemala is somehow endangering herself or others. They provide zero reasoning as to why she should continue to be tested.

Drug testing has absolutely nothing to do with what she's been charged with. She's tested negative, which shows she can abide by the restriction without driving an hour to be drug tested which causes her to miss work and pay nearly $5 a gallon for gas. For Washington beltway employees, that's not a big deal. But for a person such as Ms. Niemala, it's an economic hardship and should not be ordered by this Court just because Magistrate Judge Harvey always orders drug testing no matter what the charge is in the pending indictment.

1

For the reasons stated above, the defendant urges the Court to remove the drug testing mandate during the pendency of this case. She can continue to be monitored by Pretrial Services without this onerous condition which is evidenced by her complete compliance since her arrest.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Ms. Niemela

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of March, 2022, a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____

Kira Anne West