**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-25 (APM)** |
| | : | |
| **KIRSTYN NIEMELA,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO DISMISS CASE**
**AGAINST DEFENDANT KIRSTYN NIEMELA**

On April 27, 2022, the Grand Jury returned a superseding indictment in United States v.
Michael Eckerman, 21 CR 623 (CRC) which added Kirstyn Niemela as a co-defendant in that
case. She is now charged in 21 CR 623 in Counts 3, 4, 6, and 8 with the same four misdemeanors
counts as in the present case. *See* ECF 24, United States v. Eckerman & Niemela, 21 CR 623. Such
joinder is allowed under Fed. R. Evid. 8(b) and is judicially economical should both defendants
desire a trial. Therefore, the United States moves to dismiss the duplicative charges in case 22 CR
25 as against the Defendant Kirstyn Niemela only.[1]

**BACKGROUND**

The Defendant is alleged to have violated 18 U.S.C. § 1752(a)(1) and (2) (Enter and
Remaining  in any Restricted Building or Grounds and  Disorderly and Disruptive Conduct in any
Restricted Building or Grounds) and 40 U.S.C. § 5104(e)(2)(D), and (G), (Disorderly Conduct in
a Capitol Building and Parading,  Demonstrating, or Picketing in any of the Capitol Buildings) for
their entry in the United States Capitol Building on January 6, 2021.  She was charged by
Complaint in 22-mj-13 (GMH) on January 14, 2022, and arrested January 18, 2022.  An

---

[1] Stefanie Chiguer is also charged in 22 CR 25. She has entered a guilty plea and sentencing is set August 10, 2022.

Information was filed January 19, 2022. *See* ECF 11. The Defendant is seen with Michael Eckerman on United States Capitol Police surveillance videos and in Instagram posts as depicted and discussed in their Complaint and Statement of Facts (22-mj-13, ECF 1, 1-1).

The United States has contacted the attorney for the Defendant, and she does not oppose this motion.

Therefore, the United States respectfully requests this case be dismissed without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Telephone: (316) 269-6537
Mona.Furst@usdoj.gov