UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-25 (APM) |
| | : | |
| KIRSTYN NIEMELA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the United States' Motion to Dismiss this case as against Kirstyn Niemela only,

The Court finds that on April 27, 2022, the Grand Jury returned a superseding indictment in United States v. Michael Eckerman, 21 CR 623 (CRC) which added Kirstyn Niemela as a co-defendant in that case. She is now charged in 21 CR 623 in Counts 3, 4, 6, and 8 with the same four misdemeanors counts as in the present case. *See* ECF 24, United States v. Eckerman & Niemela, 21 CR 623. Such joinder is allowed under Fed. R. Evid. 8(b) and is judicially economical should both defendants desire a trial.

Therefore, it is hereby ORDERED, that the duplicative charges in case 22 CR 25 be dismissed without prejudice as against the Defendant Kirstyn Niemela only.

Date:

 

_____
HONORABLE AMIT P. MEHTA
JUDGE OF THE DISTRICT COURT
DISTRICT OF COLUMBIA