AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cr-00025-APM-1 |
| Kirstyn Niemela | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT KIRSTYN NIEMELA.

Date: 02/12/2023

/s/ John M. Pierce
*Attorney's signature*

jpierce@johnpiercelaw.com
*Printed name and bar number*

JOHN PIERCE LAW P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 279-7846
*Telephone number*

*FAX number*