UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.   )<br>)   Case No. 22-cr-00025 (APM)<br>)<br>)<br>**NIEMELA, et. al,** )<br>**Defendants.** )<br>) | |

**Motion to Withdraw**

Undersigned counsel represented defendant NIEMELA before Judge Cooper in 21-CR-623(CRC). On 8/11/22, undersigned counsel's motion to withdraw in that case was granted. *See* minute order. The government moved to dismiss the case against defendant Niemela in this case on 5/02/22 in the above numbered case and it was granted. *See* ECF Nos. 38 & 39. Undersigned counsel is taking a leave of absence from her law practice effective November 15, 2024 for at least one year and therefore will not be available to the Court or the CJA panel. Wherefore, undersigned counsel respectfully requests that she ministerially be released from this case and the motion to withdraw be granted.

Respectfully submitted,

KIRA ANNE WEST

By: /s/*Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 1st day of October, 2024, a copy of same was electronically filed using the CM/ECF system under seal pursuant to the rules of the Clerk of Court.

    /s/*Kira Anne West*
    Kira Anne West

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  )  v.                                                                )  )  )  )  **NIEMELA, et. al,**                                      )  **Defendant.**                              )  )  | Case No. 22-CR-00025(APM) |

## ORDER

This Court has considered the motion to withdraw filed by defense counsel for defendant Kirsten Niemela. Finding it meritorious, the motion is GRANTED/DENIED.

**SO ORDERED** this _____ day of _____, 2024.

_____
Amit P. Mehta
United States District Judge

3